Opinion by TILSON, J. The testimony established that certain items of the merchandise consist of racello hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the cited authority the merchandise in question was held dutiable as claimed.

No. 50617.—Protests 934872–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of so-called racello hats similar in all material respects to those the subject of Abstract 47291; that other items consist of sisal hemp hats the same as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218); and that other items consist of hemp knotted straw hats similar to those involved in Abstract 46497. Upon the established facts and following the cited authorities, the merchandise in question was held dutiable as claimed.

No. 50618.—Protests 18926–K, etc., of Nippon Import & Trading Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1945

No. 50619.—Protests 103325–K, etc., of W. J. Mulligan & Co. et al. (San Francisco, etc.).

Opinion by KEEFE, J. Following the authority cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 26, 1945

No. 50620.—Protests 958936–G, etc., of B. Shackman & Co. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the figures are similar in all material respects to the merchandise the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the claim of the plaintiff was sustained.

No. 50621.—Protests 47374–K, etc., of Alex Murphy & Co. (Philadelphia).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50622.**—Protest 50923–K of Geo. S. Bush & Co., Inc. (Portland, Oreg.).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protest was sustained to this extent.

**No. 50623.**—Protest 50924–K of Frank P. Dow Co., Inc. (Portland, Oreg.).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protest was sustained to this extent.

**No. 50624.**—Protest 58433–K/12314 of Shabby Shoppe, Inc. (New Orleans).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record